H7DTRAIC

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                              17 CR 421 (GHW)

5    SADDAM MOHAMED RAISHANI,

6                   Defendant.

7    ------------------------------x

8                                           New York, N.Y.
                                            July 13, 20117
9                                           3:00 p.m.

10
     Before:
11
                          HON. GREGORY H. WOODS,
12
                                            District Judge
13

14                          APPEARANCES

15   JOON H. KIM
          Acting United States Attorney for the
16        Southern District of New York
     GEORGE TURNER
17   JANE KIM
     SID KAMARAJU
18        Assistant United States Attorneys

19   FEDERAL DEFENDERS OF NEW YORK
          Attorneys for Defendant
20   SARAH BAUMGARTEL
     SABRINA SHROFF
21

22   ALSO PRESENT:  MARWAN ABDEL-RAHMAN, Arabic interpreter

23

24

25

H7DTRAIC

1          (In open court, case called)

2          MR. TURNER:  Good afternoon, your Honor, George

3     Turner, Jane Kim and Sid Kamaraju for the government.

4          THE COURT:  Thank you very much.  Good afternoon.

5          MS. BAUMGARTEL:  Good afternoon, your Honor, Sarah

6     Baumgartel and Sabrina Shroff of the Federal Defenders of New

7     York on behalf of Saddam Raishani.

8          THE COURT:  Thank you very much.

9          MS. BAUMGARTEL:  And your Honor, I just would like to

10    note a number of Mr. Raishani's family members are in the

11    courtroom, including his wife, his son, his brother, his mother

12    and his father.  And with the Court's permission, they're

13    receiving the assistance of an Arabic interpreter so they can

14    follow these proceedings.

15         THE COURT:  Thank you.  Is Mr. Raishani using the

16    services of the interpreter?

17         MS. BAUMGARTEL:  No, your Honor.

18         THE COURT:  Thank you.  I'm going to allow this to

19    proceed for this conference, but I'm going to direct you to the

20    statutory provisions in our rules regarding the use of CJA

21    interpretation services in instances where it's not for the

22    benefit of the defendant or any witness.  That said, I will

23    allow it to proceed for purposes of this conference since this

24    is already happening.

25         MS. SHROFF:  Your Honor, may I address the Court for a

H7DTRAIC

1    brief second?

2                THE COURT:  Yes, you may.

3                MS. SHROFF:  Your Honor, the Federal Defenders of New

4    York paid for the interpreter to be here.  He's not being paid

5    for by CJA funds or by the Court.  I'm mindful of the statutory

6    obligations that are imposed upon our office, and Mr. Patton

7    allowed us to undertake this expense for Mr. Raishani's family.

8                THE COURT:  Thank you for that clarification,

9    Ms. Shroff, I appreciate that.

10               Good.  So I understand that Mr. Raishani has already

11   had his arraignment before the assigned magistrate judge.

12               This is an initial conference for the case.  There are

13   a number of things that I want to do during this conference.

14   First, I expect to ask the United States to tell me more about

15   the nature of the case itself.  I read the complaint and the

16   indictment, still it's useful for me to hear more about the

17   facts of the case.  I also expect to ask the United States

18   about what the discovery is in the case and the time frame for

19   them to present it to the defendant and his counsel.  And from

20   that point what I hope to do is to discuss what the process

21   will be for the litigation of this case going forward, and I

22   hope to set a schedule for next steps with the feedback of

23   counsel from both sides.

24               So with that introduction, let me turn first to the

25   United States.  Can you please describe the nature of the case.

H7DTRAIC

1          MR. TURNER:  Yes, your Honor.  The defendant, as the

2     Court aware, is charged in a one-count indictment under 18 USC

3     Section 2339(b) with attempting to provide material support to

4     ISIS, a designated foreign terrorist organization.  The

5     defendant was arrested on June 21st at JFK Airport as he

6     attempted to fly to Turkey for the purpose of ultimately

7     joining the Islamic State or ISIS in Syria.

8          And as set forth in the complaint, prior to

9     defendant's arrest he participated in a series of recorded

10    meetings and other communications with a confidential source

11    working at the direction of the FBI and the NYPD, as well as

12    two undercover law enforcement officers.  And during the course

13    of those recorded meetings and communications, the defendant,

14    among other things, expressed his allegiance and support for

15    ISIS as well as his aspiration and plans for traveling oversees

16    to join ISIS and serve its cause.  Prior to his arrest at JFK

17    and leading up to the date of his attempted travel, the

18    defendant quit his job, paid off debts, sold his car, and also

19    wrote a farewell letter to family members.

20         That, in broad strokes, your Honor is a summary of the

21    facts here.  I'm happy to address discovery if that would make

22    sense, your Honor.

23         THE COURT:  Thank you.  Before you do, let me ask at

24    this point:  Counsel, do you anticipate filing any superseding

25    indictments or adding defendants or charges in this case?

H7DTRAIC

1          MR. TURNER:  Your Honor, the investigation in this

2     matter is ongoing and additional grand jury proceedings are

3     possible in this case, your Honor.  The government is in the

4     process of determining whether to seek a superseding indictment

5     with additional charges against the defendant.

6          THE COURT:  Thank you.  For my education, the

7     complaint describes assertions that the defendant worked to

8     help a "friend" travel to join ISIS.  Is his assistance of that

9     friend an aspect of the case in chief against the defendant?

10    You did not mention it during your statement.

11         MR. TURNER:  During the meetings and the conversations

12    with the confidential source and the undercover law enforcement

13    officers the defendant did describe having assisted another

14    individual to travel overseas to join ISIS.  That is both part,

15    at this point of the -- it is direct proof of the charges in

16    the indictment and it is also part of the ongoing

17    investigation.

18         THE COURT:  Thank you.  Counsel, could I ask you to

19    please describe what the discovery will consist of in this case

20    and your expectations regarding timeline for its production to

21    defendant and his counsel.

22         MR. TURNER:  Yes, Judge.  The categories of discovery

23    in this case include audio and video recordings of the meetings

24    with the confidential source as well as an undercover NYPD

25    detective.  Discovery would also include screen shots of a

H7DTRAIC

1    laptop computer that was used by the defendant during certain

2    of those meetings to download and view ISIS related materials.

3    Discovery would include electronic messaging exchanges between

4    the defendant and an undercover law enforcement officer.

5            Discovery also would include returns from multiple

6    search warrants that were executed in this case.  Your Honor,

7    search warrants were issued and executed on the defendant's

8    residence and garage.  A search warrant was also issued for the

9    luggage that the defendant had with him as he attempted to

10   travel to join ISIS, and there were also email and social media

11   search warrants in this case, Judge.

12           Discovery would include travel records, including

13   records relating to the defendant's purchase of a ticket

14   departing the U.S. on June 21st, surveillance footage,

15   including the defendant seeking to obtain supplies in advance

16   of his travel overseas from stores and the like, as well as

17   subpoena returns relating to phone records, email, social media

18   and the like.

19           I should also note, your Honor, that the iPhone that

20   was on the defendant's person and seized at the time of his

21   arrest was also the subject of a search warrant that was issued

22   in this case.

23           THE COURT:  Thank you very much.  What's your

24   expectation regarding the time frame in which the United States

25   can produce that discovery to the defendant?

H7DTRAIC

1          MR. TURNER:  Your Honor, the government made an

2     initial rolling -- well, its first rolling production shortly

3     before today's conference to the defense.  That initial

4     production consists of materials such as arrest-related

5     documents and reports, as well as various subpoena returns,

6     including phone, email, and social media records.

7          The government, subject to the entry of an appropriate

8     protective order, which is something that perhaps we can

9     address in a moment, the government will be prepared to make a

10     substantial production next week to the defense.  And at this

11     point, your Honor, the government expects to be able to

12     complete its rolling productions of existing Rule 16 materials

13     over the next month or 30 days.

14          THE COURT:  Thank you.  Understood.

15          MR. TURNER:  Quickly, if I may, your Honor.

16          THE COURT:  Proceed.

17          MR. TURNER:  With respect to the protective order, the

18     parties have been in discussions this week regarding a

19     protective order.  It was provided to the defense earlier this

20     week.  They have provided some modifications earlier today.  We

21     are in the process of discussing that, and would certainly hope

22     to get that order to your Honor as soon as possible.

23          THE COURT:  Good.  Thank you.  Please submit it to me

24     under cover of letter stating the positions of each of the

25     parties and attaching the proposed protective order and I will

H7DTRAIC

1    take prompt action with respect to it.

2             Let me turn to counsel for the defendant.  Counsel,

3    having heard the United States' expectations regarding the

4    completion of production of discovery, can you tell me what

5    your view is regarding appropriate next steps in the case?

6             MS. BAUMGARTEL:  Thank you, your Honor.  I think it

7    would make sense to give us some opportunity to review the

8    discovery and then to return to court to set a motion schedule

9    at that time.  It sounds as if the discovery will be fairly

10   voluminous.  I understand that we should expect to receive much

11   of it by next week.  I think it will take us some time to

12   review it and confer with Mr. Raishani.  So that's how we would

13   ask the Court to proceed.

14            THE COURT:  Thank you.  Assuming that the United

15   States completes its production of discovery within a month

16   from today, as just proffered, how much time would the

17   defendant like to have before we come back for another

18   conference for the purposes that you describe?

19            MS. BAUMGARTEL:  One moment, please, your Honor.

20            THE COURT:  Thank you.

21            (Pause)

22            MS. BAUMGARTEL:  Your Honor, so I ask to come back in

23   approximately 60 days, and also, in order to facilitate this,

24   if the government is able to provide a copy of the discovery

25   that Mr. Raishani could access at the MCC.

H7DTRAIC

1              THE COURT:  Thank you.  United States, are you able to

2    produce a disk or some other formatted set of materials that he

3    can access at the MCC?

4              MR. TURNER:  Yes, your Honor.

5              THE COURT:  Good.  Thank you.  I'm happy to consider

6    the request by defendant, but I would first like to hear the

7    position of the United States.  What's your view regarding that

8    request?

9              MR. TURNER:  With respect to coming back before your

10   Honor in approximately 60 days?

11             THE COURT:  Yes.

12             MR. TURNER:  The government has no objection to that,

13   your Honor.

14             THE COURT:  Good.  I'm happy to accept the request.

15             Mr. Daniels, please propose a date.

16             DEPUTY CLERK:  Thursday, September 14, at 10:00 a.m.

17             THE COURT:  Counsel, does that date and time work for

18   each of you?

19             MR. TURNER:  Yes, your Honor.

20             MS. BAUMGARTEL:  Yes.

21             THE COURT:  Good.  So we'll have our next conference

22   in this matter on September 14, 2017 --

23             MS. SHROFF:  Your Honor, could I have a second?

24             THE COURT:  Please, take your time, Ms. Shroff.

25             (Pause)

H7DTRAIC

1          MS. SHROFF:  That's fine.

2          THE COURT:  Thank you.  So we'll set a date of

3    September 14, 2017, for our next conference.  At that time I

4    hope that counsel for Mr. Raishani will be prepared to tell me

5    what, if any, motions he is contemplating.  We'll then set a

6    motion schedule, hearing schedule if necessary, and possibly a

7    trial date.  If between now and that date the parties believe

8    that an extension of that date is warranted, please write me

9    jointly in advance of that date to let me know.

10         Is there anything else that we should talk about

11   beyond the speedy trial clock at this time?  Counsel, for the

12   United States?

13         MR. TURNER:  Not from the government, your Honor.

14         THE COURT:  Counsel for Mr. Raishani?

15         MS. BAUMGARTEL:  No.

16         THE COURT:  Thank you very much.  First, United

17   States, can you tell me what the status of the speedy trial

18   clock is at this time?

19         MR. TURNER:  Yes, your Honor, the defendant was

20   indicted on June 29.  As the Court is aware, the Court signed a

21   request with the defendant's consent excluding time beginning

22   on July 10 through today's date.  By our calculations, that

23   would take ten days off the speedy trial clock, leaving at this

24   point 60 days on the speedy trial clock, your Honor.

25         THE COURT:  Thank you.  Does the United States have an

H7DTRAIC

1    application?

2              MR. TURNER:  We do, your Honor.  We would respectfully

3    request that the Court exclude time between today's date and

4    September 14, the date of the conference that has been

5    scheduled by the Court.  We submit such an exclusion of time

6    would be in the interest of justice, as well as, among other

7    things, it will allow the government to continue preparing and

8    producing discovery and for the defense to review those

9    discovery materials and begin considering whether and what

10   motions could be filed in this case, Judge.

11             THE COURT:  Thank you very much.

12             Counsel for Mr. Raishani?

13             MS. BAUMGARTEL:  Your Honor, there's no objection

14   based on the voluminous nature of the discovery.

15             THE COURT:  Thank you very much.  I'm going to exclude

16   time from today until September 14, 2017.  I find that the ends

17   of justice served by excluding such time outweigh the best

18   interest of the public and the defendant in a speedy trial

19   because it will allow time for the production of discovery and

20   review of those materials by the defendant and time for the

21   defendant to consider any potential motions as well.

22             Is there anything else that we should discuss before

23   we adjourn, United States?

24             MR. TURNER:  Not from the government, Judge.

25             THE COURT:  Counsel?

H7DTRAIC

1              MS. BAUMGARTEL:  No, thank you.

2              THE COURT:  Thank you very much.  The proceeding is

3     adjourned.

4                                    o0o

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25