Haunraic

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                              17 Cr. 421 (GHW)

5    ADAM RAISHANI,

6              Defendant.              Conference

7    ------------------------------x

8                                      New York, New York
                                       October 30, 2017
9                                      4:00 p.m.

10

     Before:
11
                    HON. GREGORY H. WOODS,
12
                                       District Judge
13

14                      APPEARANCES

15   JOON H. KIM
          Acting United States Attorney for the
16        Southern District of New York
     BY:  GEORGE TURNER
17        Assistant United States Attorney

18   SARAH BAUMGARTEL
          Attorney for Defendant
19

20

21

22

23

24

25

                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

Haunraic

 1          (Case called)

 2          MR. TURNER:  Good afternoon, your Honor.

 3          George Turner, for the government.

 4          THE COURT:  Good afternoon.

 5          MS. BAUMGARTEL:  Good afternoon, Sarah Baumgartel

 6   Federal Defenders, on behalf of Mr. Raishani.

 7          THE COURT:  Thank you, good afternoon.

 8          We are here for a status conference with respect to

 9   this matter.  Let me hear where we are.

10          Counsel for the United States.

11          MR. TURNER:  Your Honor, the defendant, as the Court

12   is aware, was arrested in June.  He was indicted shortly

13   thereafter.

14          The government produced discovery on a rolling basis

15   in August, completing discovery productions in late August.

16          Last time we were before the Court the defense asked

17   for an additional period to review discovery in anticipation of

18   potential motions, and the court indicated that it would likely

19   set a motion schedule and potentially a trial date at today's

20   proceeding, which we certainly think would make sense, Judge.

21          THE COURT:  Thank you very much.  Ms. Baumgartel, what

22   is your position?

23          MS. BAUMGARTEL:  Yes, your Honor.

24          I believe that is all correct.  I spoke with

25   government counsel briefly before your Honor came out about a

Haunraic

1   tentative schedule.

2          Perhaps working from the latest date, we would be

3   requesting a trial in June 2018, and the purpose in part is

4   because of defense counsel's trial schedule leading up until

5   then.  I can provide the Court more detail, but I've conferred

6   with the government.  I think that that date is acceptable to

7   them.

8          THE COURT:  Thank you.

9          Could I hear more information.  I was going to offer

10  you a date in late April.

11         MS. BAUMGARTEL:  Sure, your Honor.

12         I have actually a trial that was just scheduled, but

13  the case has been pending for a long time in front of Judge

14  Ramos, a trial scheduled for April 2, and that is a multi-week

15  mortgage fraud trial.

16         THE COURT:  Thank you.

17         Can I hear from counsel for the United States.

18         How long do you anticipate this trial to last at this

19  point?

20         MR. TURNER:  Your Honor, we did speak about this as

21  well with defense counsel briefly.  With the usual caveat that

22  of course at this time it is an estimate -- stipulations,

23  custodians and the like always cause uncertainty -- but we

24  would think that the government's case would be in the order of

25  one to two weeks.  From our perspective, your Honor, if the

Haunraic

```
1    Court had three weeks, obviously depending on the length of any

2    defense case, we think that three weeks set aside would make

3    sense here, Judge.

4              THE COURT:  Good.  Thank you.

5              Ms. Baumgartel, do you agree?

6              MS. BAUMGARTEL:  Yes, your Honor.

7              THE COURT:  Your proposal, counsel, is that we begin

8    in June, is that right?

9              MS. BAUMGARTEL:  Yes.

10             THE COURT:  Thank you.

11             I think that I can accommodate that.  Could we begin

12   then with a trial that would begin on June 11, 2018, at 9 a.m.

13   here in this courtroom.

14             Would that date and time work for both parties?

15             MR. TURNER:  Yes, your Honor.

16             MS. BAUMGARTEL:  Yes, your Honor.

17             THE COURT:  Good.  Thank you.

18             In setting this trial schedule, let me just confirm

19   with each of you that in setting this trial date you have

20   reviewed your calendars and do not anticipate that there will

21   be any conflicts or other issues that might affect your

22   presentation for the trial on that date and associated pretrial

23   matters.

24             Is that right, counsel for the United States?

25             MR. TURNER:  Yes, your Honor.
```

Haunraic

1          THE COURT:  Thank you.

2          Counsel?

3          MS. BAUMGARTEL:  Yes.

4          THE COURT:  Thank you.

5          So we will set the trial to begin on June 11.  I

6  expect for that to be a firm date for trial.  Do not expect

7  that that date will move.

8          Good.  So, Ms. Baumgartel, do you have a sense at this

9  point whether there are any motions that you anticipate

10  bringing, and, if so, what they might be?

11          MS. BAUMGARTEL:  Your Honor, we may file a Rule 12

12  motion just with respect to some postarrest statements, but I

13  think that would be the only potential motion which we are

14  still considering.

15          THE COURT:  Thank you.  Do you have a sense of the

16  time in which you will know whether or not the motion will be

17  warranted.

18          MS. BAUMGARTEL:  Your Honor, I was going to ask for a

19  motion deadline in about 30 to 45 days.

20          THE COURT:  Thank you.

21          Counsel for the United States, what is your view?

22          MR. TURNER:  We would have no objection to that

23  schedule, Judge.

24          THE COURT:  Thank you.  I would be happy to

25  accommodate that request as well, and I'm happy to accommodate

Haunraic

1    the outside end of that proposal, approximately 45 days from

2    now.

3              I will set a specific date as the deadline for

4    submission of motions in the case when I get back to chambers

5    and I will establish that by written order.

6              Counsel for the United States, how much time would you

7    suggest that I provide you for any opposition to the motion?

8              MR. TURNER:  Would three weeks be sufficient, your

9    Honor?

10             THE COURT:  Thank you.

11             Counsel for defendant, what is your view?

12             MS. BAUMGARTEL:  Your Honor, we have no objection to

13   that.

14             THE COURT:  Thank you.  I expect to set a schedule in

15   which any motion in this case will be due approximately 45 days

16   from today, any opposition to that motion will be due three

17   weeks following a submission of the motion, and any reply will

18   be due one week following service of the opposition.  I will

19   also set a hearing date for any motion in connection with this

20   trial in that order.

21             Good.  So, counsel, please look at my individual rules

22   for practice in criminal cases.  We will have the opportunity

23   to discuss all of this in the future, but I will include some

24   requests for additional pretrial submissions in connection with

25   this case.  The principal things that I will ask you for is a

Haunraic

1    short squib just to read to the venire.  I will ask that that

2    be submitted together with the other pretrial submissions.  I

3    will also ask if the parties can agree about a short summary

4    description of the law that I could read to the jury after it's

5    impaneled, but before testimony begins.

6         I will request that you present me with such a short

7    statement of the law just so that I can give the jury an

8    overview of what it that they will be thinking about as they

9    are beginning to hear testimony.  I provide it to them with the

10   caveat that complete charges would be provided to them at the

11   end of the case.

12        If you can agree on such a thing, it can be helpful I

13   think to the jury.  If you can't agree on such a summary

14   statement of the law, you can let me know that, and I expect I

15   would agree to proceed without one.

16        Good.  I will issue an order later today or tomorrow

17   with these deadlines.

18        Is there anything else that we should discuss at this

19   time?

20        MR. TURNER:  Not from the government, your Honor.

21        THE COURT:  Thank you.

22        Counsel?

23        MS. BAUMGARTEL:  Nothing further from the defendant.

24        THE COURT:  Good.  Thank you.

25        United States, do you have an application?

Haunraic

```
1              MR. TURNER:  We do, your Honor.  We would request that

2       the Court exclude time between today's date and at this point

3       the trial date of June 11, which is the next date on the

4       calendar.

5              We submit that the requested exclusion would be in the

6       interest of justice.  It would allow the defense to continue

7       reviewing discovery, to evaluate potential motions and to file

8       those motions, and also for the parties to engage in potential

9       discussions of a disposition, Judge.

10             THE COURT:  Thank you very much.

11             Counsel, what is your view?

12             MS. BAUMGARTEL:  Your Honor, we have no objection to

13      the exclusion.

14             THE COURT:  Thank you very much.

15             I will exclude time from today until June 11, 2018.  I

16      find that the ends of justice served by excluding such time

17      outweigh the best interest of the public and the defendant in a

18      speedy trial and because it allows time for the defendant to

19      consider and prepare any motions, it allows time for both

20      parties to prepare for trial and time for both of the parties

21      to potentially negotiate a pretrial disposition of this case.

22             Anything else before we adjourn?

23             Counsel for the United States?

24             MR. TURNER:  No, your Honor.

25             THE COURT:  Thank you.
```

Haunraic

1          Counsel for the defendant?

2          MS. BAUMGARTEL:  Before we adjourn, may Mr. Raishani

3    have a moment just to visit with his family?

4          THE COURT:  Thank you.  I don't know that I can take a

5    position on that.

6          THE MARSHAL:  No, your Honor.

7          THE COURT:  Thank you.

8          No.  I'm sorry.  I can't accommodate that.  I

9    apologize.  I'm sorry, Mr. Raishani.

10          THE DEFENDANT:  No problem.  Thank you.

11          THE COURT:  Thank you very much.

12          This proceeding is adjourned.

13          (Adjourned)

14

15

16

17

18

19

20

21

22

23

24

25