# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 11, 2018

By electronic mail

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Raishani, 17 Cr. ~~731~~ (PKC)

Hon. Judge Abrams:

    The Court has scheduled a court appearance on Friday,
September 14, 2018. Unfortunately the defense is unavailable
on Friday, September 14, 2018. Additionally, Mr. Raishani has
family visits and Friday prayers making a Friday appearance
difficult. For these reasons, and with consent from
government counsel, we ask the Court to schedule an appearance
for Monday, September 17, 2018 at any time or on any day
convenient to the Court during that week.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Sabrina P. Shroff
Assistant Federal Defender

**MEMO ENDORSED**

cc: Government counsel

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/18

Application granted.   The conference
is   rescheduled   to   September   17,
2018 at 3:00 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 12, 2018