```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 5 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
 :
UNITED STATES OF AMERICA :
 :
      - v. -     :    **SUPERSEDING INFORMATION**
 :
EDWARD DAVIES, :    S3 18 Cr. 390 (PAE)
    a/k/a "Yum Yum," :
 :
 :
                    Defendant. :
 :
- - - - - - - - - - - - - - - - - x

                        **COUNT ONE**

        The United States Attorney charges:

        1.   From at least in or about 2012, up to and including in or about June 2018, in the Southern District of New York and elsewhere, EDWARD DAVIES, a/k/a "Yum Yum," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree, together and with each other, to violate the narcotics laws of the United States.

        2.   It was a part and an object of the conspiracy that EDWARD DAVIES, a/k/a "Yum Yum," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

        3.   The controlled substances that EDWARD DAVIES, a/k/a "Yum Yum," the defendant, conspired to distribute and

possess with intent to distribute were (i) 40 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B); and (ii) 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION

4. As a result of committing the controlled substance offense alleged in Count One of this Superseding Indictment, EDWARD DAVIES, a/k/a "Yum Yum," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

#### Substitute Asset Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 21, United States Code, Section 853.)

            */s/ Geoffrey S. Berman*
            GEOFFREY S. BERMAN
            United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

EDWARD DAVIES,
a/k/a "Yum Yum,"

　　　　　　　　　　　　Defendant.

### SUPERSEDING INFORMATION

S3 18 Cr. 390 (PAE)

(Title 21, United States Code,
　　　Section 846.)

　　　　　　　　　　GEOFFREY S. BERMAN
　　　　　　　　　　United States Attorney.