UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - X

                                            :

UNITED STATES OF AMERICA                    :

                                            :

            v.                              :       WAIVER OF INDICTMENT

                                            :

EDWARD DAVIES,                              :       S3 18 Cr. 390 (PAE)

                                            :

            Defendant.                      :    .

                                            :

- - - - - - - - - - - - - - - - - - - - - - X

       EDWARD DAVIES, the defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
        November 15, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 15 2018