```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :   17 Cr. 421 (RA)

    -against-  :   **ORDER**

ADAM RAISHANI  :

    Defendant.  :

-------------------------------------------------------x

The Warden of the Metropolitan Correctional Center, New York, New York, is hereby directed to allow suitable clothes for Court (one suit, one dress shirt and one tie) to be delivered to MCC for inmate Adam Raishani, Register No. 76012-054, for him to wear during his sentence proceeding which is scheduled for April 2, 2019.

Dated: New York, New York
      March 5 , 2019

SO ORDERED:

_____
HONORABLE RONNIE ABRAMS    U.S.D.J.