```
NYMBK              *           INMATE EDUCATION DATA          *      03-28-2019
PAGE 001           *                TRANSCRIPT                *      14:12:13


REGISTER NO: 76012-054      NAME..: RAISHANI              FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: NYM-NEW YORK MCC


------------------------------ EDUCATION INFORMATION ------------------------------
FACL  ASSIGNMENT DESCRIPTION                      START DATE/TIME  STOP DATE/TIME
NYM   GED HAS     COMPLETED GED OR HS DIPLOMA     12-06-2017 1331  CURRENT


------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL  DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV   HRS
NYM M     ASTRONOMY CLASS                02-13-2019  CURRENT
NYM M     PUBLIC SPEAKING SKILLS         02-13-2019  CURRENT
NYM M     AFRICAN AND AFRICAN AM DRAMA   01-14-2019  03-27-2019  P   C  P     8
NYM M     FDIC MONEY SMART SKILL 3       01-26-2019  02-18-2019  P   C  P     3
NYM M     FDIC MONEY SMART SKILL 2       12-18-2018  03-27-2019  P   C  P     3
NYM M     INTERVIEWING SKILLS            01-22-2019  02-27-2019  P   C  P     3
NYM M     RESUME WRITING                 01-28-2019  02-27-2019  P   C  P     6
NYM M     CONFLICT RESOLUTION CORP TRAIN 02-21-2019  02-21-2019  P   C  P    12
NYM M     LEADERSHIP AND INFLUENCE       12-20-2018  01-14-2019  P   C  P    12
NYM M     FDIC MONEY SMART SKILL 1       07-23-2018  01-14-2019  P   C  P     3


G0002      MORE PAGES TO FOLLOW . . .
```

```
NYMBK              *        INMATE EDUCATION DATA        *      03-28-2019
PAGE 002 OF 002 *              TRANSCRIPT                *        14:12:13


REGISTER NO: 76012-054      NAME..: RAISHANI              FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: NYM-NEW YORK MCC
```

-------------------------------- EDUCATION COURSES --------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| NYM M | STEP BY STEP TOWARDS GOALS | 10-15-2018 | 12-18-2018 | P | C | P | 14 |
| NYM M | TIME MANAGEMENT CORP TRAIN | 09-27-2018 | 09-27-2018 | P | C | P | 12 |
| NYM M | ENTREPRENEURSHIP | 01-31-2018 | 01-31-2018 | P | C | P | 12 |
| NYM M | BUSINESS ACUMEN CORP TRAINING | 01-31-2018 | 01-31-2018 | P | C | P | 12 |
| NYM M | ENTREPRENEURSHIP | 07-20-2018 | 09-02-2018 | P | C | P | 12 |
| NYM M | FOCUS FORWARD PUBLIC DEFENDERS | 05-21-2018 | 09-05-2018 | P | C | P | 24 |
| NYM M | POETRY LEISURE TIME ACTIVITY | 04-01-2018 | 06-10-2018 | P | C | P | 9 |
| NYM M | LEAD BY EXAMPLE REVERSE THE TR | 03-01-2018 | 03-30-2018 | P | C | P | 26 |
| NYM M | TUTOR TRAINING | 11-01-2017 | 12-06-2017 | P | C | P | 8 |
| NYM M | INMATE COMPANION TRAINING | 11-09-2017 | 11-09-2017 | P | C | P | 2 |

```
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

# Metropolitan Correctional Center
## New York, New York

## *Adam Raishani*

has satisfactorily completed **15 MONTHS** as an
INMATE COMPANION
in good standing, and is hereby awarded this certificate as notification of his contributions to the program
On March 21, 2019

J. Avena, PsyD
Clinical Psychologist
Inmate Companion Coordinator