UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SADDAM MOHAMED RAISHANI
A/K/A ADAM RAISHANI,

                Movant,

v.

UNITED STATES OF AMERICA,

                Respondent.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-13-20

20-CV-5936 (RA)

17-CR-421 (RA)

ORDER TO ANSWER, 28 U.S.C. § 2255

RONNIE ABRAMS, United States District Judge:

It is hereby ORDERED that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issue.

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include both the civil habeas docket number and the criminal docket number, and will be docketed in both cases.

The Clerk of Court is directed to mail a copy of this order to Movant.

SO ORDERED.

Dated:    August 13, 2020
            New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge