UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SADDAM MOHAMED RAISHANI,<br><br>                    Petitioner,<br><br>             v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | 20-CV-5936 (RA)<br>17-CR-421 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

    The Clerk of Court is respectfully directed to mail a copy of the Court's Memorandum Opinion and Order, dated December 3, 2020, to the petitioner.

SO ORDERED.

Dated:    December 4, 2020
             New York, New York

                                                     Ronnie Abrams
                                                   United States District Judge