UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SADDAM MOHAMED RAISHANI,<br><br>                    Defendant. | 17-CR-0421 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On February 8, 2022, the Court received Mr. Raishani's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). Dkt. 75. The Government shall file a response to his motion by March 2, 2022.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Raishani.

SO ORDERED.

Dated:    February 8, 2022
         New York, New York

                                                    _____
                                                    Ronnie Abrams
                                                    United States District Judge