UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SADDAM MOHAMED RAISHANI,<br><br>Defendant. | No. 17-CR-0421 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The CJA attorney assigned to receive cases on this day is hereby ordered to assume representation of the defendant in the above-captioned matter and to assist him in filling out a financial affidavit in support of his motion for appointment of counsel and, if appropriate, to supplement his motion for compassionate release.

SO ORDERED.

Dated:  May 20, 2022
        New York, New York

_____
Ronnie Abrams
United States District Judge