UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SADDAM MOHAMED RAISHANI,

Defendant.

No. 17-CR-0421 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The CJA attorney assigned to receive cases on this day is hereby ordered to assume representation of the defendant in the above-captioned matter and to assist him in filling out a financial affidavit in support of his motion for appointment of counsel and, if appropriate, to supplement his motion for compassionate release.  This order replaces the Court's prior order on May 20, 2022.

SO ORDERED.

Dated:     May 25, 2022
           New York, New York

Ronnie Abrams
United States District Judge