# JOHN M. BURKE

Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York  11242
Tel:  (718) 875-3707
Fax: (718) 875-0053

August 18, 2022

Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>U.S. v. Saddam Mohamed Raisheni</u>
17 Cr.421

Dear Judge Abrams:

Please find enclosed a letter from my client and several B.O.P. documents I would request to file in support of Mr. Raishani's motion for a sentence reduction.

Respectfully yours,

/S/
John Burke
Counsel for Saddam Mohamed

# EXHIBITS

Saddam Raishani #76012-054
FCI Fairton
P.O. Box 420
Fairton, NJ 08320

IN RE: Updated Summary Reentry Plan - Progress Report

On the 29th of July, 2022, I, Saddam Raishani, received an updated Summary Reentry Plan. Therein are several staff comments which illustrate my endeavors and commitment towards rehabilitation. For greater emphasis, I have cited them below, and they state, in part:

> "Since his arrival at FCI Fairton and before, inmate Raishani has programmed constantly and this record can be seen [in Progress Report]. He has taken several courses that can be used to further himself once released back into the community...Inmate Raishani has even taken classes more recently that will help in the pursuit of a nursing career since he is a registered Nurse in New York..." (Education Summary, pg. 2)

> "Inmate Raishani has shown clear institutional conduct for over 2 years now and has continued to program and try to better himself throughout his incarceration. Inmate Raishani has shown great insitutional adjustment and is respectful to all staff he encounters. Inmate Raishani has spoken about taking responsibility for his past actions and has proven that through the many programs he takes...(General Comments, pg.3)

> "In response to Saddam Raishani's request for anti-radicalization training, I enrolled him in two programs that I teach under the First Step Act: 1) Embracing Interfaith Cooperation, and 2) Threshold. These programs

address specific areas of need that Mr. Raishani can implement to **lower his risk of recidivism**. Embracing Interfaith Cooperation is a Productive Activity that fosters interfaith dialogue, discussion, and understanding. Interfaith engagement has been shown as an effective strategy to counter discrimination and extremism as well. The course builds on freedom of religion as a core ideal of the American dream. It embraces differences in religion to break down stereotypes and barriers for communities to better serve together toward the common good. Threshold is a faith-based reentry program that helps strengthens key dimensions in life: spirituality, personal relationships, accepting personal responsibility, decision-making, healthy boundaries, mental-emotional-physical wellness, and continued educational growth." (J. Oliver, Staff Chaplain, General Comments, pg. 3-4)(emphasis added)

The comments above are illustrative of the specific endeavors I have and continue to participate in to rehabilitate and utilize my time in a productive manner. Thank you for your time and consideration.

Sincerely,

X _____

Saddam Raishani
#76012-054



# Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RAISHANI, SADDAM MOHAMED  76012-054

SEQUENCE: 00319284
Report Date: 07-29-2022



| | |
|---|---|
| Facility: | FAI FAIRTON FCI |
| Name: | RAISHANI, SADDAM |
| Register No.: | **76012-054** |
| Quarters: | C03-327L |
| Age: | 35 |
| Date of Birth: | 09-07-1986 |

| | |
|---|---|
| Custody Level: | IN |
| Security Level: | MEDIUM |
| Proj. Rel Date: | 07-07-2034 |
| Release Method: | GOOD |
| DNA Status: | NYM05547 / 07-07-2017 |

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:2339B ATTEMPTING TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO A FOREIGN TERRORIST ORGANIZATION (CT-1) 18:371 CONSPIRING TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO FOREIGN TERRORIST ORGANIZATION (CT-2) | 20 YEARS |

Date Sentence Computation Began: 04-02-2019
Sentencing District: NEW YORK, SOUTHERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit | - InOp Time |
|---|---|---|---|---|
| 0 / 0 / 0 | 270 | Years: 5 Months: 1 Days: 8 | + 650 JC | - 0 InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Program Plans

Inmate Raishani arrived at FCI Fairton, New Jersey, on April 30, 2019. His projected release date is July 7, 2034, via Good Conduct Time Release. Inmate Raishani has maintained an appropriate relationship with staff and is not considered a management problem. Overall, his adjustment at FCI Fairton, New Jersey, has been good.

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 11-08-2019 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 03-23-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 03-23-2022 |
| N-COGNTV N | NEED - COGNITIONS NO | 03-23-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-29-2021 |
| N-EDUC N | NEED - EDUCATION NO | 03-23-2022 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 03-23-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 03-23-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 03-23-2022 |
| N-MEDICL N | NEED - MEDICAL NO | 03-23-2022 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 03-23-2022 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 03-23-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 03-23-2022 |
| N-WORK N | NEED - WORK NO | 03-23-2022 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 03-23-2022 |

## FSA Comments

Inmate is currently ineligible for the First Step Act and has a Low Risk of Recidivism (PATTERN).

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FAI | C ORD R-AM | UNIT C RIGHT ORDERLY/AM | 06-20-2022 |

## Work Assignment Summary



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RAISHANI, SADDAM MOHAMED  76012-054

SEQUENCE: 00319284
Report Date: 07-29-2022

Inmate Raishani has been in C-Right Unit since his arrival. He maintained an orderly position from November 2019 through March 2021. During this time inmate Raishani maintained excellent performance reviews. Inmate Raishani has recently been rehired as a C-Right Orderly on June 20, 2022.

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FAI | ESL HAS | ENGLISH PROFICIENT | 05-01-2014 |
| FAI | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-06-2017 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FAI |   | THE ARTICULAR SYSTEM | 07-29-2022 | CURRENT |
| FAI |   | THE ENDOCRINE SYSTEM | 07-29-2022 | CURRENT |
| FAI |   | INTERMEDIATE YOGA | 07-29-2022 | CURRENT |
| FAI |   | THE NERVOUS SYSTEM | 07-29-2022 | CURRENT |
| FAI |   | NCCER PLUMBING LEVEL 1 | 01-26-2022 | CURRENT |
| FAI |   | THE CARDIOVASCULAR SYSTEM | 07-29-2022 | CURRENT |
| FAI | C | BEGINNER'S YOGA | 07-15-2022 | 07-29-2022 |
| FAI | C | STRESS MANAGEMENT | 07-29-2022 | 07-29-2022 |
| FAI | C | THE HUMAN BODY | 07-15-2022 | 07-29-2022 |
| FAI | C | STRETCHING | 07-15-2022 | 07-29-2022 |
| FAI | C | EXERCISE AND MENTAL HEALTH | 07-15-2022 | 07-29-2022 |
| FAI | C | INTRO TO ELECTRICITY | 05-23-2022 | 07-18-2022 |
| FAI | C | FREEDOM OF INFORMATION ACT | 03-07-2022 | 05-02-2022 |
| FAI | C | EAT TO WIN | 03-26-2022 | 04-16-2022 |
| FAI | C | ATHLETES & EFFICIENT HEARTS | 02-26-2022 | 03-19-2022 |
| FAI | W | STRETCHING | 08-31-2021 | 09-27-2021 |
| FAI | C | PREVENT CARDIOVASCULAR | 08-01-2021 | 08-30-2021 |
| FAI | C | NUTRITION FOR WELLNESS | 04-26-2021 | 06-07-2021 |
| FAI | C | PHYSICAL FITNESS | 03-05-2021 | 05-12-2021 |
| FAI | C | MUSCULAR FLEXIBILITY | 03-29-2021 | 05-03-2021 |
| FAI | C | WEIGHT MANAGEMENT SELF-PACED | 02-16-2021 | 03-13-2021 |
| FAI | C | CARDIO ENDURANCE SELF-PACED | 12-29-2020 | 01-21-2021 |
| FAI | C | NUMBERS & OPERATIONS ACE | 07-08-2020 | 07-15-2020 |
| FAI | C | NCCER CORE CURRICULUM B | 07-26-2019 | 01-17-2020 |
| FAI | C | BEGINNING LEATHER | 10-04-2019 | 11-22-2019 |
| FAI | C | INSIDE OUT DAD - PARENTING | 06-03-2019 | 07-15-2019 |

## Education Information Summary

Since his arrival at FCI Fairton and before, inmate Raishani has programmed constantly and this record can be seen above. He has taken several courses that can be used to further himself once released back into the community. These programs include, Money Smart, Tutor Training, Companion Training, Parenting, etc. Inmate Raishani has even taken classes more recently that will help in the pursuit of a nursing career since he is a registered Nurse in New York State. Inmate Raishani has more recently been enrolled several Nursing related courses such as; Articular System, Endocrine System, Nervous System, and Cardiovascular System.

## Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|
| 07-20-2018 | 397 : PHONE ABUSE - NO CIRCUMVENTION |

## Discipline Summary

Inmate Raishani has only received one moderate level incident report over 4 years ago for phone abuse-no circumvention.

## ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| FAI | A-DES | US DISTRICT COURT COMMITMENT | 04-30-2019 | CURRENT |

## Current Care Assignments



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RAISHANI, SADDAM MOHAMED  76012-054

SEQUENCE: 00319284
Report Date: 07-29-2022

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 04-30-2019 |
| CARE1-MH | CARE1-MENTAL HEALTH | 12-21-2017 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 04-30-2019 |
| REG DUTY | NO MEDICAL RESTR–REGULAR DUTY | 07-05-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 07-05-2017 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|
| RSW COMP | RESOLVE WORKSHOP COMPLETED | 07-08-2022 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 05-23-2019 |
| NR COMP | NRES DRUG TMT/COMPLETE | 02-11-2019 |

### Physical and Mental Health Summary

Inmate Raishani is assigned regular duty status and has no medical restrictions. Psychology has not expressed any mental health concerns at this time. He should be considered fully employable upon release.

### FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** **COMPLT**  **FINANC RESP-COMPLETED**  **Start: 01-26-2020**

**Inmate Decision:** **AGREED**  **$200.00**  Frequency: **QUARTERLY**

Payments past 6 months: **$0.00**  Obligation Balance: **$0.00**

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

### Financial Responsibility Summary

Inmate Raishani has completed his Financial Responsibility plan and has No Financial Obligations.

### Release Planning

Inmate Raishani proposes the following release plan:

Raishani, Mohammed
FATHER
1948 Gleason Ave.
Bronx, NY 10472
phone (home): 718-597-8407

### General Comments

Inmate Raishani has shown clear institutional conduct for over 2 years now and has continued to program and try to better himself throughout his incarceration. Inmate Raishani has shown great institutional adjustment and is respectful to all staff he encounters. Inmate Raishani has spoken about taking responsibility for his past actions and has proven that through the many programs he takes. Inmate Raishani is encouraged to continue this behavior and maintain clear conduct and good cell sanitation throughout the rest of his incarceration.

J. Oliver, Staff Chaplain had the following to say about inmate Raishani:
"In response to Saddam Raishani's request for anti-radicalization training, I enrolled him in two programs that I teach under the First Step Act: 1) Embracing Interfaith Cooperation, and 2) Threshold. These programs address specific areas of need that Mr. Raishani can implement to lower his risk of recidivism. Embracing Interfaith Cooperation is a Productive Activity that fosters interfaith dialogue, discussion, and understanding. Interfaith engagement has been shown as an effective strategy to counter discrimination and religious


extremism as well. The course builds on freedom of religion as a core ideal of the American dream. It embraces differences in religion to break down stereotypes and barriers for communities to better serve together toward the common good. Threshold is a faith-based reentry program that helps strengthens key dimensions in life: spirituality, personal relationships, accepting personal responsibility, decision-making, healthy boundaries, mental-emotional-physical wellness, and continued educational growth."



U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution

Fairton, New Jersey 08320
(856) 453-1177

August 3, 2022

**TO:** All Concerned

**FROM:** B. Redondo, Chief Psychologist

**SUBJECT:** Saddam Raishani # 76012-054

Please accept this letter on behalf of Saddam Raishani, register number 76012-054, summarizing his Psychology Services program participation at FCI-Fairton. Mr. Raishani recently completed the Traumatic Stress and Resilience Workshop. This 8 hour psychoeducational course provided information on the physiological, psychological, and emotional elements of traumatic experiences. Enrollment was based on an identified trauma need determined by responses provided on the Adverse Childhood Experiences questionnaire. Individual participants had the opportunity to share personal experiences related to course content. Mr. Raishani attended all sessions. He completed assigned homework, was punctual, and was a consistent participant during group discussions. He completed a series of test batteries at the conclusion of the course and was receptive to additional programming recommendations.

Should you have any questions about this individual, please feel free to contact me at 856-453-4093.



# FCI FAIRTON INMATE BULLETIN

## *Modification of Operations*

As a result of the community having **high** COVID numbers FCI Fairton will be moving to Level 3 or Red level. This means we are now in a high modification of operations. Starting today, July 18, 2022, the following will be in place:

- Masks are required indoors and outdoors of the housing units. Inmates who leave the unit without a mask will be required to return to their unit.
- Units A&B and C&D will remain cohorts.

In regard to visiting, **masks** are required inside the building during visits, Visits inside the FCI and Camp will remain non-contact.

---

## Modificación de Operaciones

Como resultado de que la comunidad tiene números altos de COVID, FCI Fairton se moverá al Nivel 3 o Nivel Rojo. Esto significa que ahora estamos en una alta modificación de operaciones. A partir de hoy, 18 de julio de 2022, se implementará lo siguiente:

- Se requieren mascarillas dentro y fuera de las unidades de vivienda. Los reclusos que salgan de la unidad sin mascarilla deberán regresar a su unidad.
- Las unidades A&B y C&D seguirán siendo cohortes.

Con respecto a las visitas, se requieren máscaras dentro del edificio durante las visitas, las visitas dentro de la FCI y el campamento seguirán siendo sin contacto.

RAISHANI, SADDAM 76012054