# JOHN M. BURKE

Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York 11242
Tel: (718) 875-3707
Fax: (718) 875-0053

April 25, 2023

Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y. 10007

Re: U.S. v. Saddam Mohamed Raishani
17 Cr. 421

Dear Judge Abrams:

    Please find enclosed a letter from my client, and the Staff Chaplain of F.C.I. Fairton filed in support of Mr. Raishani's motion for a sentence reduction. He appears to be making great strides toward rehabilitation and has taken numerous educational courses. I am also attaching B.O.P. certificates and documents demonstrating my client's steady progress and low risk of recidivism.

    Thank you for your time and considration in this matter

Respectfully yours,

/S/
John Burke
718-875-3707
Attorney for Saddam Mohamed Raishani

A

# EXHIBITS

# EXHIBITS

Saddam Raishani #76012-054  April 8, 2023
FCI Fairton
P.O. Box 420
Fairton, NJ 08320

IN RE: Update for Supplementing the Record

Respectfully, I, Saddam Raishani present herein, newly completed programs and progress report. My endeavors towards rehabilition continues to be consistent and I have shown tremendous progress with my individual needs, including faith-based areas.

The newly presented programs include:

### Faith-based Programs
(i) Embracing Interfaith Cooperation;
   *(I have become a mentor for other inmates. Attached hereto please find Chaplain Oliver's detailed letter of support regarding my progress, program participation, mentorship, and ultimately therein, Chaplain Oliver respectfully pleads for my release.)
(ii) Threshold.

### Vocational Training - NCCER Certification
(i) Plumbing Level One (240 hours)
(ii) Currently in the process of completing Carpentry Level One (235 hours)

### Educational-based Programs
(i) Masonry Class (16 hours)
(ii) Introduction to Electricity Class (16 hours)
   (Mr. Raishani is in the process of completing the Electricity 102 Class (16 hours))

Also, please find the most recent progress report with the added

statement from the Case Manager, which states in pertinent part:

> "Inmate Raishani has completed several Nursing related courses such as; Articular System, Endocrine System, Nervous System, and Cardiovascular System. During his most recent time inmate Raishani has completed Plumbing/Electrical/Masonry courses to help him reintegrate back into society."

Thank you for your time and consideration.

Sincerely,

Saddam M. Raishani
#76012-054



U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution
Fairton, New Jersey 08320

April 7, 2023

MEMORANDUM FOR L. McINTOSH, CASE MANAGER

FROM:          J. Oliver, Staff Chaplain

SUBJECT:      Saddam Raishani, Reg# 76012-054

Dear Sir / Ma'am:

I write to whole-heartedly recommend that you respectfully consider Mr. Raishani's request for compassionate release and/or reduction of sentence. I am a Chaplain in the Federal Bureau of Prisons. This memorandum recognizes a remarkable transformation in Mr. Raishani. I have been his Chaplain for six years here at FCI Fairton, since June 2017. During this time, he has demonstrated increasing levels of responsibility, accountability, and dedication to his faith and family.

It is my hope that he will soon be reunited with his family: Rawdha, his wife (31), Khalid his son (7), Muhammad, his father (82), and Mahlyah, his mother (78).

To that end, Mr. Raishani continues to shape his character and behavior through programming that focuses on shared values as a basis for interfaith cooperation in the community. He understands and adopts a key concept of our training sessions, what interfaith leader Eboo Patel calls the essential element of the American founder's dream, which is that "people of diverse background have established themselves here in equal dignity and mutual loyalty – that is, religious pluralism."[1]

I mentioned in a memorandum dated July 20, 2022, that Mr. Raishani eagerly enrolled in two First Step Act courses which address issues that lower the risk of recidivism. He has since completed both courses, *Embracing Interfaith Cooperation*[2] and *Threshold*.[3] These programs address specific areas of need where Mr. Raishani has succeeded to lower his risk of recidivism.

Allow me to highlight the positive impact that he experienced because of the shorter course, *Embracing Interfaith Cooperation*. This is a five-session course with video and live, peer-to-peer discussions among individuals who come from several major faith traditions: an American Evangelical Christian, an American born Muslim man and woman of first generation Muslim immigrants, Canadian and American Anglican Christians, a young American Jewish woman, and young man –also American– born into Jainism. These diverse vignettes are mirrored in our classroom peer-to-peer discussions.

Mr. Raishani approached me after the course to learn more about being an interfaith leader, both among fellow inmates and at home with his Rawdha, his wife, and Khalid, his son, and eventually the people in his local community of Brooklyn. To this end Mr. Raishani read two books that I recommended from Eboo Patel, the same author of the course. The first book entitled, *Acts of Faith* published in 2007, chronicles the autobiographical journey of Mr. Patel himself, who is founder and director of Interfaith Youth Core, a Chicago-based international non-profit building the interfaith cooperation movement. The second book by Patel is *Interfaith Leadership*, a practical guide to interfaith leadership, focused on practical avenues of working together, not merely dialogue, the latter of which tends toward religious narcissism. The desire to build, cooperate, and care for others is what inspires Mr. Raishani today to seek points of connection and commonality in neighborhoods, schools, even hospitals, where he hopes also to continue his career as a Registered Nurse and support his young family as a productive citizen in the community. Please refer to Saddam Raishani's letter to Chaplain Oliver, attached.

In summary, I have observed a remarkable transformation in Saddam Raishani's life that I believe to be the result of a sincere desire to make a difference in the world, starting with his family, and extending to his work and community. Again, I whole-heartedly recommend that you respectfully consider Mr. Raishani's request for compassionate release and reduction of sentence.

Respectfully,

Jeffrey Oliver
Chaplain, Bureau of Prisons
Chaplain, Colonel, (Ret.), USAR

---

[1] *Embracing Interfaith Cooperation*, by Eboo Patel, Morehouse Education Resources, 2012.

[2] *Embracing Interfaith Cooperation* is a First Step Act, Productive Activity that fosters interfaith dialogue, discussion, and understanding. Interfaith engagement has been shown as an effective strategy to counter discrimination and religious extremism as well. The course builds on freedom of religion as a core ideal of the American dream. It embraces differences in religion to break down stereotypes and barriers for communities to better serve together toward the common good.

[3] *Threshold* is a First Step Act, faith-based reentry program that helps strengthens key dimensions in life: spirituality, personal relationships, accepting personal responsibility, decision-making, healthy boundaries, mental-emotional-physical wellness, and continued educational growth.

# Achievement Certificate

This Acknowledges That

## Saddam M. Raishani

is recognized for

## Embracing Interfaith Cooperation - 10 Hours

CERTIFICATE OF PROGRAM COMPLETION
AWARDED : SEPTEMBER 1, 2022

_J. Oliver, Staff Chaplain_

_T. Sastic, Supervisory Chaplain_

FCI Fairton
Reaching, Reconciling, Restoring

# Achievement Certificate

This Acknowledges That

## Saddam M. Raishani

is an Interfaith Leader by his participation in the course

## Embracing Interfaith Cooperation - 10 Hours

_J. Oliver, Staff Chaplain_

CERTIFICATE OF PROGRAM COMPLETION
AWARDED : NOVEMBER 17, 2022

FCI Fairton
A First Step Act, Productive Activity

_T. Sastic, Supervisory Chaplain_



# NCCER

Board of Trustees confers upon

*Saddam Raishani*

this certificate of completion for

*Plumbing Level One*

in the Standardized Craft Training Program
on this Fourteenth day of October, in the year 2022

Boyd D. Worsham
President & CEO, NCCER



# F.C.I. FAIRTON
## THIS CERTIFIES THAT

*Saddam Raishani*

has successfully completed the requirements for:

**Masonry**

Certificate of Completion

October, 2022



_____
S. Greenshields
ACE Coordinator

| 16 |
|---|
| Hours Completed |

# F.C.I. FAIRTON

THIS CERTIFIES THAT

*Saddam Raishani*

has successfully completed the requirements for:

**Introduction to Electricity**

Certificate of Completion

July, 2022

_____
S. Greenshields
ACE Coordinator

| Hours Completed |
|---|
| 16 |


# Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RAISHANI, SADDAM MOHAMED  76012-054

SEQUENCE: 00369747
Report Date: 04-08-2023



| | |
|---|---|
| Facility: | FAI FAIRTON FCI |
| Name: | RAISHANI, SADDAM |
| Register No.: | 76012-054 |
| Quarters: | C03-327L |
| Age: | 36 |
| Date of Birth: | 09-07-1986 |

| | |
|---|---|
| Custody Level: | IN |
| Security Level: | MEDIUM |
| Proj. Rel Date: | 07-07-2034 |
| Release Method: | GOOD |
| DNA Status: | NYM05547 / 07-07-2017 |

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:2339B ATTEMPTING TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO A FOREIGN TERRORIST ORGANIZATION (CT-1) 18:371 CONSPIRING TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO FOREIGN TERRORIST ORGANIZATION (CT-2) | 20 YEARS |

Date Sentence Computation Began:   04-02-2019
Sentencing District:   NEW YORK, SOUTHERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit - InOp Time |
|---|---|---|---|
| 0 / 0 / 0 | 270 | Years: 5 Months: 9 Days: 16 | + 650  JC - 0  InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Program Plans

Inmate Raishani arrived at FCI Fairton, New Jersey, on April 30,2019. His projected release date is July 7, 2034, via Good Conduct Time Release. Inmate Raishani has maintained an appropriate relationship with staff and is not considered a management problem. Overall, his adjustment at FCI Fairton, New Jersey, has been good.

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 11-08-2019 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 02-17-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 02-17-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 02-17-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-29-2021 |
| N-EDUC N | NEED - EDUCATION NO | 02-17-2023 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 02-17-2023 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 02-17-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 02-17-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 02-17-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 02-17-2023 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 02-17-2023 |
| N-TRAUMA Y | NEED - TRAUMA YES | 02-17-2023 |
| N-WORK N | NEED - WORK NO | 02-17-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 02-17-2023 |

## FSA Comments

Inmate is currently ineligible for the First Step Act and has a Low Risk of Recidivism (PATTERN).

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FAI | C ORD R-AM | UNIT C RIGHT ORDERLY/AM | 02-27-2023 |


**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RAISHANI, SADDAM MOHAMED  76012-054

SEQUENCE: 00369747
Report Date: 04-08-2023

## Work Assignment Summary

** No notes entered **

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FAI | ESL HAS | ENGLISH PROFICIENT | 05-01-2014 |
| FAI | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-06-2017 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FAI |   | NCCER CARPENTRY LEVEL 1 | 01-12-2023 | CURRENT |
| FAI | C | INTRO TO MASONRY | 08-30-2022 | 10-18-2022 |
| FAI | C | THE CARDIOVASCULAR SYSTEM | 07-29-2022 | 08-12-2022 |
| FAI | C | THE ARTICULAR SYSTEM | 07-29-2022 | 08-12-2022 |
| FAI | C | THE ENDOCRINE SYSTEM | 07-29-2022 | 08-12-2022 |
| FAI | C | THE NERVOUS SYSTEM | 07-29-2022 | 08-12-2022 |
| FAI | C | NCCER PLUMBING LEVEL 1 | 01-26-2022 | 09-19-2022 |
| FAI | C | BEGINNER'S YOGA | 07-15-2022 | 07-29-2022 |
| FAI | C | STRESS MANAGEMENT | 07-29-2022 | 07-29-2022 |
| FAI | C | THE HUMAN BODY | 07-15-2022 | 07-29-2022 |
| FAI | C | STRETCHING | 07-15-2022 | 07-29-2022 |
| FAI | C | EXERCISE AND MENTAL HEALTH | 07-15-2022 | 07-29-2022 |
| FAI | C | INTRO TO ELECTRICITY | 05-23-2022 | 07-18-2022 |
| FAI | C | FREEDOM OF INFORMATION ACT | 03-07-2022 | 05-02-2022 |
| FAI | C | EAT TO WIN | 03-26-2022 | 04-16-2022 |
| FAI | C | ATHLETES & EFFICIENT HEARTS | 02-26-2022 | 03-19-2022 |
| FAI | W | STRETCHING | 08-31-2021 | 09-27-2021 |
| FAI | C | PREVENT CARDIOVASCULAR | 08-01-2021 | 08-30-2021 |
| FAI | C | NUTRITION FOR WELLNESS | 04-26-2021 | 06-07-2021 |
| FAI | C | PHYSICAL FITNESS | 03-05-2021 | 05-12-2021 |
| FAI | C | MUSCULAR FLEXIBILITY | 03-29-2021 | 05-03-2021 |
| FAI | C | WEIGHT MANAGEMENT SELF-PACED | 02-16-2021 | 03-13-2021 |
| FAI | C | CARDIO ENDURANCE SELF-PACED | 12-29-2020 | 01-21-2021 |
| FAI | C | NUMBERS & OPERATIONS ACE | 07-08-2020 | 07-15-2020 |
| FAI | C | NCCER CORE CURRICULUM B | 07-26-2019 | 01-17-2020 |
| FAI | C | BEGINNING LEATHER | 10-04-2019 | 11-22-2019 |
| FAI | C | INSIDE OUT DAD - PARENTING | 06-03-2019 | 07-15-2019 |

## Education Information Summary

Since his arrival at FCI Fairton and before, inmate Raishani has programmed constantly and this record can be seen above. He has taken several courses that can be used to further himself once released back into the community. These programs include, Money Smart, Tutor Training, Companion Training, Parenting, etc. Inmate Raishani has even taken classes more recently that will help in the pursuit of a nursing career since he is a registered Nurse in New York State. Inmate Raishani has completed several Nursing related courses such as; Articular System, Endocrine System, Nervous System, and Cardiovascular System. During his most recent time inmate Raishani has completed Plumbing/electrical/masonry course to help him reintegrate back into society.

## Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|
| 07-20-2018 | 397 : PHONE ABUSE - NO CIRCUMVENTION |

## Discipline Summary

Inmate Raishani has only received one moderate level incident report over 4 years ago for phone abuse-no circumvention.

## ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 02-27-2023 | CURRENT |



# Summary Reentry Plan - Progress Report
**Dept. of Justice / Federal Bureau of Prisons**
Plan is for inmate: RAISHANI, SADDAM MOHAMED   76012-054

SEQUENCE: 00369747
Report Date: 04-08-2023

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| FAI | A-DES | US DISTRICT COURT COMMITMENT | 04-30-2019 | 02-27-2023 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 04-30-2019 |
| CARE1-MH | CARE1-MENTAL HEALTH | 12-21-2017 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| MED HOLD | MEDICAL HOLD - DO NOT TRANSFER | 03-14-2023 |
| NO PAPER | NO PAPER MEDICAL RECORD | 04-30-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 07-05-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 07-05-2017 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|
| RSW COMP | RESOLVE WORKSHOP COMPLETED | 07-08-2022 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 05-23-2019 |
| NR COMP | NRES DRUG TMT/COMPLETE | 02-11-2019 |

### Physical and Mental Health Summary

** No notes entered **

## FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** COMPLT   FINANC RESP-COMPLETED   **Start:** 01-26-2020

**Inmate Decision:** AGREED   $200.00   **Frequency:** QUARTERLY
**Payments past 6 months:** $0.00   **Obligation Balance:** $0.00

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

## Financial Responsibility Summary

** No notes entered **

## Release Planning

Inmate Raishani proposes the following release plan:

Raishani, Mohammed
FATHER
1948 Gleason Ave.
Bronx, NY 10472
phone (home): 718-597-8407

## General Comments

Inmate Raishani has shown clear institutional conduct for over 4 years now and has continued to program and try to better himself throughout his incarceration. Inmate Raishani has shown great institutional adjustment and is respectful to all staff he encounters. Inmate Raishani has spoken about taking responsibility for his past actions and has proven that through the many programs he takes. Inmate Raishani is encouraged to continue this behavior and maintain clear conduct and good cell sanitation throughout the rest of his incarceration.



# Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RAISHANI, SADDAM MOHAMED   76012-054

SEQUENCE: 00369747
Report Date: 04-08-2023


**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RAISHANI, SADDAM MOHAMED  76012-054

SEQUENCE: 00369747
Report Date: 04-08-2023

| | |
|---|---|
| Name: | RAISHANI, SADDAM |
| Register Num: | **76012-054** |
| Age: | 36 |
| Date of Birth: | 09-07-1986 |
| DNA Status: | NYM05547 / 07-07-2017 |

_____
Inmate  (RAISHANI, SADDAM MOHAMED, Register Num: 76012-054)

4/8/2023
_____
Date

_____
Chairperson

4/8/2023
_____
Date

_____
Case Manager

4/8/2023
_____
Date